IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CSX Transportation, Inc., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:14cv979 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Lego Demolition, LLC, et al., : | |
| : | |
| Defendant(s) : | |

ORDER

This action was filed December 26, 2014. As of the date of this Order, Plaintiff has filed neither a waiver of service by Defendants nor proof of service on Defendants. In fact, no process has yet issued on this case.

The Court has tried on several occasions to contact plaintiff's attorney both by phone and by email.

Plaintiff is reminded that Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 120 days of filing the Complaint. Plaintiff's time for filing proof of service or waiver expired April 26, 2015. The Plaintiff is hereby directed to show cause on or before May 15, 2015 why this matter should not be dismissed.

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Court